EDWARD J. PFEIFFER, Appellant, v. EDWARD J. CHURCHILL and DONAHUE & COE, INC., Respondents.— Order so far as appealed from unanimously modified by granting item 7 of the notice of motion, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

MICHAEL GRADY, Appellant, v. JOHN J. CASALE, INC., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

SOPHIE SIMKINS, Respondent, v. ISRAEL SIMKINS, Appellant.— Order so far as appealed from unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

In the Matter of the Liquidation of NEW YORK TITLE AND MORTGAGE COMPANY. In the Matter of an Application for the Approval of a Certain Agreement for the Purchase of and Ultimate Liquidation of the Assets of LAND ESTATES, INCORPORATED, and LIBERDAR HOLDING CORPORATION.— Order so far as appealed from unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ. [171 Misc. 207.]

In the Matter of the Application of JAMES ADAMS, GEORGE CUNNINGHAM and Forty-seven Others, Petitioners, Appellants, for an Order under Article 78, Civil Practice Act, against PAUL J. KERN, President, and Others, Constituting the Municipal Civil Service Commission for the City of New York, and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business and Affairs of the LEXINGTON SURETY AND INDEMNITY COMPANY.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

BERNEICE CASSINO, as Administratrix, etc., of ANTHONY CASSINO, Also Known as TONY CASSINO, Deceased, Respondent, v. WILLIAM V. DWYER, Appellant.— Order so far as appealed from unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.